# Court of Appeals
# of the State of Georgia

ATLANTA,  September 27, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0102. DWIGHT WILSON v. THE STATE.**

Dwight Wilson was convicted of child molestation, aggravated sexual battery, and aggravated child molestation in 1996, and his convictions were affirmed on appeal. See *Wilson v. State*, 229 Ga. App. 541 (494 SE2d 238) (1997). In 2006, Wilson filed a motion to set aside judgment on plea in bar. The trial court denied the motion and a motion to reconsider the motion to set aside in 2007. Six years later, Wilson filed a motion for an extraordinary new trial, which the trial court denied. Wilson seeks to appeal this ruling. We lack jurisdiction.

Pursuant to OCGA 5-6-35 (a) (7), orders denying extraordinary motions for new trial must be appealed by application for discretionary appeal. See *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). We have no jurisdiction to consider a direct appeal on this matter, and Wilson's appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/27/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*